1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

EASTERN DISTRICT OF CALIFORNIA

10

11

CARLOS FRANCISCO LOPEZ,

12

Plaintiff,

13

v.

14

HOLLAND, et al.,

15

16

Defendants.

**CASE No. 1:16-cv-0039-AWI-MJS (PC)**

**ORDER VACATING FINDINGS & RECOMMENDATION AND ORDERING PLAINTIFF TO FILE AMENDED COMPLAINT**

**(ECF NO. 14)**

**THIRTY-DAY DEADLINE**

17

18
19
20

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in a civil rights action pursuant to 42 U.S.C. § 1983. On April 1, 2016, Plaintiff's complaint was dismissed for failure to state a claim, and he was granted thirty days to file an amended complaint. (ECF No. 10.) On April 18, 2016, the undersigned granted Plaintiff a 60-day extension of time to file a First Amended Complaint. When Plaintiff failed to file an amended complaint, the undersigned issued Findings and Recommendations recommending that this case be dismissed for failure to comply with a court order and failure to prosecute. Plaintiff has since filed objections.

21
22
23
24
25

Good cause appearing, IT IS HEREBY ORDERED that:

26
27

1. The July 5, 2016, findings and recommendations (ECF No. 14) are VACATED; and

28

1

2.  Plaintiff is directed to file an amended complaint within thirty days from the date of this order. Plaintiff is hereby informed that his failure to comply with this order will result in a renewed recommendation to dismiss this action.

IT IS SO ORDERED.

Dated:   September 16, 2016      /s/ *Michael J. Seng*

UNITED STATES MAGISTRATE JUDGE