IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS FRANCISCO LOPEZ,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>KIM HOLLAND, et al.,<br><br>　　　　　　　　　　Defendants. | Case No. 1:16-cv-00039-AWI-MJS<br><br>**ORDER EXTENDING SCHEDULING ORDER DATES**<br><br>**(ECF No. 26.)** |

The parties recently filed a stipulation to extend the dates in the February 27, 2017, Discovery and Scheduling Order to facilitate settlement discussions. (ECF No. 26.)

Good cause appearing, IT IS HEREBY ORDERED that:

1. The parties' stipulation (ECF No. 26) is ADOPTED; and
2. The Discovery and Scheduling Order is modified as follows:
    a. Exhaustion Motion Filing Deadline: June 26, 2017
    b. Deadline to Amend Pleadings: September 26, 2017
    c. Discovery Deadline: November 26, 2017

d. Dispositive Motion Deadline: February 7, 2018

IT IS SO ORDERED.

Dated: June 5, 2017         /s/ *Michael J. Seng*
                            UNITED STATES MAGISTRATE JUDGE