1

2

3

4

5

6

7

8

9

10

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12   CARLOS FRANCISCO LOPEZ,

Case No. 1:16-cv-00039-AWI-MJS

13                                    Plaintiff,   **VOLUNTARY DISMISSAL OF ACTION**

14            v.                                   **(ECF No. 29)**

15   KIM HOLLAND, et al.,                          **CLERK TO TERMINATE ALL PENDING**
                                                   **MOTIONS AND CLOSE CASE**
16                                  Defendants.

17

18        The parties recently filed a stipulation of dismissal with prejudice pursuant to

19   Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (ECF No. 29.) Accordingly, IT IS

20   HEREBY ORDERED that:

21        1.  This action is dismissed with prejudice; and

22        2.  The Clerk of Court is directed to terminate all pending motions and close this

23            case.

24

25   IT IS SO ORDERED.

26

     Dated:   June 22, 2017            /s/ *Michael J. Seng*
27                                     UNITED STATES MAGISTRATE JUDGE

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28